# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**

**06/06/2022**
**Clerk, U.S. District Court**
**Western District of Texas**

By: V. Medina
                    **Deputy**

| | |
|---|---|
| USA | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:22-M -01369(1) - LS |
|  | § |
| (1) J De Jesus Salazar-Aranda | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 03, 2022** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title      **8**      United States Code, Section(s)    **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, J De Jesus SALAZAR-Aranda, an alien to the United States and a citizen of Mexico was found at the 400 block of Horizon Boulevard in Socorro, Texas in the Western District of Texas. From statements made by the DEFENDANT to

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ PONCE, CESAR
Signature of Complainant
Border Patrol Agent

June 06, 2022                              at   EL PASO, Texas
Date                                            City and State

LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 11:06 A.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:22-M -01369(1)

WESTERN DISTRICT OF TEXAS

(1) J De Jesus Salazar-Aranda

FACTS   (CONTINUED)

the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on May 12, 2015, through Laredo, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed 4 time(s), the last one being to MEXICO on May 12, 2015, through LAREDO, TX

CRIMINAL HISTORY:
09/28/2005, Adams County, CO., Controlled Substance-Possession(M), CNV, 180 Days Jail, 2 Years Probation.
04/08/2015, Laredo, TX., 8 USC 1325- Illegal Entry(M), CNV, 40 Days Jail.